CHARLES W. NASH *vs.* GEORGE M. TOUSLEY.

May 6, 1881.

**Statutory Action by Personal Representative.**—An action for damages, under Gen. St. 1878, *c.* 77, § 2, on account of the death of a person caused by the wrongful act or omission of another, must be brought by the executor or administrator of the decedent.

Plaintiff brought this action in the district court for Le Sueur county, under Gen. St. 1878, *c.* 77, § 2, to recover damages for the death of his son, occasioned by the alleged negligence of the defendant. Defendant demurred to the complaint because the action should be brought by an executor or administrator of the deceased. Plaintiff appeals from an order by *Macdonald*, J., sustaining the demurrer.

*Seagrave Smith*, for appellant.

*Cadwell & Everett*, for respondent.

BERRY, J. "A cause of action arising out of an injury to the person dies with the person of either party, except as provided in the next section." Gen. St. 1878, *c.* 77, § 1. "When death is caused by the wrongful act or omission of any party, the personal representatives of the deceased may maintain an action, if he might have maintained an action, had he lived, for an injury caused by the same act or omission; but the action shall be commenced within two years after the act or omission by which the death was caused. The dam-

ages thereon cannot exceed $5,000, and the amount recovered is to be for the exclusive benefit of the widow and next of kin, to be distributed to them in the same proportions as the personal property of the deceased person." Id. § 2. The right of action thus given was wholly unknown to our law before the passage of these provisions of statute. It is, therefore, altogether a creature of the statute, and must be enforced (if at all) as the statute enacts, and not otherwise. The action to enforce it must, therefore, be brought by the "personal representatives of the deceased"—that is to say, by his executor or administrator. *Atkinson* v. *Duffy*, 16 Minn. 45, and authorities cited; *Jones* v. *Tainter*, 15 Minn. 512; Abbott's Law Dict. "Represent."

Order affirmed.